CLEMENTINE HEINE, RESPONDENT, v. ACME THEATRE COMPANY, APPELLANT.

Submitted May 27, 1927—Decided October 17, 1927.

For the respondent, *Precker & Precker* and *Herbert J. Hannoch.*

For the appellant, *Joseph C. Paul.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, KALISCH, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.